HEATHER E. WILLIAMS, #122664
Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
heather_williams@fd.org

Attorney for Defendant
Adriana Cheyenne Orozco

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Yosemite Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>Adriana Cheyenne Orozco,<br><br>Defendant. | Case No. 6:16-po-00552-MJS<br><br>MOTION TO HAVE DEFENDANT APPEAR TELEPHONICALLY AT EARLY TERMINATION/DISMISSAL MOTION (Dkt. 7) Fed. R. Crim. P. 43(b)(2); ORDER<br><br>Date: April 18, 2017<br>Time: 10:00 a.m.<br>Judge: Hon. Michael J. Seng |

Pursuant to Fed. R. Crim. Proc. 43(b)(2), Defendant, ADRIANA CHEYENNE OROZCO, through counsel, Heather E. Williams, Federal Defender, hereby moves voluntarily to waive her personal appearance and appear telephonically at her Motion for Early Unsupervised Probation termination and Dismissal Her Proceedings (Dkt. 7) April 18, 2017.

On July 28, 2016, a Yosemite National Park Service Ranger cited Defendant ADRIANA CHEYENNE OROZCO with possessing a controlled substance: psilocybin mushrooms, violating 36 C.F.R. § 2.35(b)(2). At OROZCO's initial appearance October 25, 2016, OROZCO pleaded guilty to the possession. This Court deferred entry of judgment against her pursuant to 18 U.S.C. § 3607(a), placing her on 12 months unsupervised probation with a $600 fine payable at $60 per month beginning November 25, 2016, and a review hearing set for September 26, 2017.

OROZCO filed a motion to terminate her unsupervised probation early and dismiss her proceedings (Dkt. 7). She requests to waive her personal appearance at the April 18, 2017 motion hearing and appear telephonically because she lives in Sacramento and the matter is round trip at least 6 hours. She may be working that day as one of her last days before her trip to New Zealand.

It is impracticable for Defendant to appear for the above hearing(s) under the circumstances. Therefore, Defendant would like to appear by telephone.

The government has no objection to OROZCO's telephonic appearance.

Federal Rule of Criminal Procedure 43 sets forth the requirements concerning a defendant's presence at various hearings. Rule 43(b)(2) defines the circumstances under which a defendant's presence is not required, including misdemeanor offenses. A defendant need not be present if "[t]he offense is punishable by fine or by imprisonment for not more than one year, or both, and with the defendant's written consent, the court permits arraignment, plea, trial, and sentencing to occur by video teleconferencing or in the defendant's absence." Fed.R.Crim.Proc. 43(b)(2).

Defendant is already sentenced and the April 18, 2017 hearing would not increase her sentence and would possibly lower it.

Therefore, Defendant meets the requirements of Rule 43(b)(2) and the Court can permit her appearance telephonically.

Therefore, Defendant ADRIANA CHEYENNE OROZCO respectfully requests the Court allow her to appear telephonically at her April 18, 2017 hearing.

Dated: March 30, 2017

HEATHER E. WILLIAMS
Federal Defender

*s/ Heather E. Williams*
Attorney for Defendant

# ORDER

Defendant Adriana Cheyenne Orozco may appear telephonically presently set for April 18, 2017, pursuant to Federal Rule of Criminal Procedure 43(b)(2)., in case number 6:16-po-00552-MJS.

IT IS SO ORDERED.

Dated:  April 1, 2017          /s/ *Michael J. Seng*
                                                                      UNITED STATES MAGISTRATE JUDGE