1  HEATHER E. WILLIAMS, CA SBN #122664
   Federal Defender
2  HOPE ALLEY, CA SBN #314109
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   ADRIANA OROZCO

7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,         )  Case No. 6:16-po-00552-MJS
                                      )
12           Plaintiff,                )  **MOTION TO VACATE SEPTEMBER 26,**
                                      )  **2017 REVIEW HEARING; ORDER**
13  vs.                                )
                                      )
14  ADRIANA OROZCO,                    )
                                      )
15           Defendant.                )
                                      )
16  _____)

17      Defendant Adriana Orozco hereby requests that the Court vacate the September 26, 2017

18  review hearing.  The Government agrees that Ms. Orozco's review hearing should be vacated.

19      On October 25, 2016, the Court sentenced Ms. Orozco to twelve months of unsupervised

20  probation, with the conditions that she obey all laws and advise the Court and Government

21  within seven days of being cited or arrested for any alleged violation of law. In addition, the

22  Court ordered Ms. Orozco to pay a fine of $600.

23      Ms. Orozco has paid the entirety of the fine and has had no new law violations.

24  Accordingly, Ms. Orozco has complied with all conditions of her probation, and she hereby

25  requests that the September 26, 2017 review hearing be vacated.

26  //

27  //

28  //

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| | | PHILLIP A. TALBERT<br>United States Attorney |
| Date: September 19, 2017 | | */s/ Susan St. Vincent*<br>Susan St. Vincent<br>Yosemite Legal Officer<br>Attorney for Plaintiff |
| | | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: September 19, 2017 | | */s/ Hope Alley*<br>HOPE ALLEY<br>Assistant Federal Defender<br>Attorney for Defendant<br>ADRIANA OROZCO |

## **O R D E R**

Based on the parties' joint representation that Ms. Orozco is in compliance with the conditions of her probation, the Court vacates the review hearing scheduled for September 26, 2017, at 10:00 a.m.

IT IS SO ORDERED.

Dated: __September 19, 2017__     /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE