| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664 |
| | Federal Defender |
| 2 | HOPE ALLEY, CA SBN #314109 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant |
| | ADRIANA OROZCO |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 6:16-po-00552-MJS |
|---|---|
| Plaintiff, | ) **MOTION TO DISMISS COUNT 1; ORDER** |
| vs. | ) |
| ADRIANA OROZCO, | ) |
| Defendant. | ) |

Defendant ADRIANA OROZCO hereby files this motion to dismiss Count 1 pursuant to 18 U.S.C. § 3607(a). The Government does not oppose this request.

On October 25, 2016, Ms. Orozco pleaded guilty to possession of a controlled substance in violation of 36 C.F.R. § 2.35(b)(2). Pursuant to the agreement of the parties, the Court granted Ms. Orozco a deferred entry of judgment under 18 U.S.C. § 3607(a). On September 19, 2017, the Court vacated Ms. Orozco's review hearing, as Ms. Orozco had fully complied with the terms of her probation. Ms. Orozco's probation expired on October 25, 2017.

Under 18 U.S.C. § 3607(a), "[a]t the expiration of the term of probation, if the person has not violated a condition of his probation, the court shall, without entering a judgment of conviction, dismiss the proceedings against the person and discharge him from probation." 18 U.S.C. § 3607(a). Here, Ms. Orozco's term of probation has now expired, and she did not violate any condition of her probation. Accordingly, Ms. Orozco requests that the Court, without

entering a judgment of conviction, dismiss the proceedings.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: November 1, 2017        */s/ Hope Alley*
                              HOPE ALLEY
                              Assistant Federal Defender
                              Attorney for Defendant
                              ADRIANA OROZCO

**O R D E R**

Pursuant to 18 U.S.C. § 3607(a), the Court hereby dismisses Count 1 of the Criminal Complaint in *United States v. Adriana Orozco*, Case No. 6:16-po-00552-MJS.

IT IS SO ORDERED.

Dated:   November 6, 2017         /s/ *Michael J. Seng*
                                  UNITED STATES MAGISTRATE JUDGE

-2-
*United States v. Orozco* – Motion to Dismiss